IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 14- 20297 |
| Jay Grady, ) | HON. J. Phillip Klingeberger |
| ) | CHAPTER 13 |
| DEBTORS. ) | |
| ) | |

## ORDER TRANSFERRING CASE

This cause coming to be heard on the Motion of the Debtor and the Bentz Holguin Law Firm, LLC to transfer the instant case to the United States Bankruptcy Court, Northern District of Illinois, Eastern Division; the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. That the instant case is transferred to the United States Bankruptcy Court, Northern District of Illinois, Eastern Divison.

DEC 17 2014

Enter:

/s/ J. Phillip Klingeberger JS 104
Hon. J. Phillip Klingeberger
United States Bankruptcy Judge

/s/ Jessica C. Bentz
Bentz Holguin Law Firm, LLC
Attorney at Law
100 N. LaSalle St., Ste. 812
Chicago, IL 60602
Ph: 312.881.51123